UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,               :

   -against-                                         :    No. 21-CR-459 (CS)

ERIC WALKER,                                         :    ORDER

   Defendant                                         :
------------------------------------------------------------x

Hon. Cathy Seibel, United States District Judge:

     The Defendant, ERIC WALKER, ID #2021-00311, presently detained at the Orange County Jail ("OCJ") has consulted with, and has been treated by, the Mental Health Unit at OCJ. Having previously been granted the appointment of a mental health expert, Alexander Sasha Bardey, M.D., in order for defense counsel to provide an adequate defense in the instant matter, defense counsel anticipates filing a forensic psychiatric report in mitigation of sentence. The complete OCJ mental health records, any and all progress notes and any other record or document relating to the consultation and treatment of the defendant at OCJ is necessary for Dr. Bardey to review and prepare a complete report.

     It is therefore hereby ORDERED that the Orange County Jail, release to Defendant's counsel of record, Howard E. Tanner, Esq., within seven (7) business days of this Order:

        (1) Defendant's complete mental health records file, including but not limited to, treatment records and progress notes, from the time he entered into the custody of the Orange County Jail until the present date;

        (2) Any other State or Federal Bureau of Prisons mental health records for the defendant currently in the possession of the Orange County Jail.

SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.

Dated: August 26, 2021
White Plains, New York