UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :

       -against-                                         :          21 Cr. 459 (CS)

ERIC WALKER,                                            :          ORDER

       Defendant                                          :
-------------------------------------------------------------x

Hon. Cathy Seibel, United States District Judge:

Howard E. Tanner, Esq. is hereby appointed to represent the above defendant pursuant to the Criminal Justice Act, *nunc pro tunc* to April 17, 2024 through April 30, 2024

SO ORDERED:

_____
Hon. Cathy Seibel, U.S.D.J.

Dated: June 21, 2024
White Plains, New York