# LAW OFFICES
# JOHN S. WALLENSTEIN
**1100 FRANKLIN AVENUE**
**GARDEN CITY, NEW YORK 11530**
**(516) 742-5600  FAX (516) 742-5040**
**EMAIL: JSWallensteinEsq@outlook.com**

August 20, 2024

**BY ECF**

Hon. Cathy Seibel
United States District Judge, SDNY
300 Quarropas Street
White Plains, New York 10601

*Application granted. The status conference previously scheduled for August 29, 2024 at 3:30 p.m. is adjourned to November 1, 2024 at 11:45 a.m.*

*SO ORDERED.*

*[signature] CATHY SEIBEL, U.S.D.J.*    *8/20/24*

      **Re:   United States v. Eric Walker   Docket # 21 CR 459 (CS)**

Dear Judge Seibel;

    This matter is scheduled for a status conference on the VOSR on August 29. As Your Honor knows, Mr. Walker was indicted in New York State court, Orange County, on homicide charges. He was recently arraigned on those charges, and remains in the Westchester County jail while the state case proceeds. I do not expect any material developments in the state case until sometime in the fall.

    I have conferred with the government. In light of the pending state case, the parties respectfully request that the Court adjourn the VOSR status conference until early November, when we will hopefully have some better idea of the progress of the state case. We will advise the Court promptly of any significant developments in the state case prior to the next status conference.

    Please note that I expect to be on trial before Judge Román from November 6th through the 14th.

    Thank you for your courtesy and consideration.

                      Respectfully yours,

                      *John S. Wallenstein*
                      JOHN S. WALLENSTEIN

JSW/hs

cc:   AUSA Ben Arad (by ECF)
      AUSA Reyhan Watson (by ECF)
      AUSA Marcia Cohen (by ECF)
      USPO Robert Harris (by ECF)